(Pleito No. 35.—Fallado el 30 de Marzo de 1900.)

## DELGADO contra LECAROZ.

RECURSO contra sentencia dictada por la Sección 1ª de la Corte de Justicia.

RECURSOS. En un recurso interpuesto no bastará citarse en globo las leyes y doctrinas legales que se supongan infringidas, sino que es preciso expresar en qué concepto lo han sido y de qué manera.

### SENTENCIA.

En la Ciudad de Puerto Rico, á treinta de Marzo de mil novecientos, en el incidente seguido ante el extinguido Juzgado de 1ª Instancia de Utuado y la Sección 1ª de la suprimida Corte de Justicia, por la sociedad mercantil Sres. Lecaroz y Cª, establecida en Lares, y Don Andrés Avelino Delgado y Perdomo, agricultor, vecino de Utuado, sobre que se declare no debe dicha sociedad estar al convenio de quita y espera entre el Delgado y sus acreedores, cuyo incidente pende ante Nos á virtud de recurso de casación por infracción de ley que ha interpuesto el expresado Delgado, y en su

representación y defensa el Lcdo. Don Hilario Cuevillas
y Hernández; estando representada y dirigida la sociedad
Lecaroz y Cª por el Letrado Don Rafael López Landrón.—
Resultando que en diligencias de embargo preventivo y
preparatorias de la vía ejecutiva seguidas en el extinguido
Juzgado de 1ª Instancia de Utuado, por gestión de la
sociedad mercantil Lecaroz y Cª contra Don Andrés A.
Delgado por la cantidad de catorce mil setecientos noventa
y un pesos sesenta y nueve centavos moneda provincial,
importe de la deuda principal, procedente de cuenta corriente
reconocida, y por dos mil pesos más que se calcularon
para intereses y costas, se embargaron varias fincas al expre-
sado Delgado, anotándose preventivamente dicho embargo
en el Registro de la Propiedad de Arecibo en siete de Enero
del año anterior, é iniciado el correspondiente juicio ejecutivo,
se despachó el mandamiento de ejecución el veinte y ocho
de Febrero siguiente; realizándose el embargo definitivo
el día primero sobre los mismos bienes que preventivamente
fueron embargados.—Resultando: Que en dicho Juzgado
se incoaron autos de quita y espera á virtud de escrito
de Don Andrés A. Delgado presentado el diez de Febrero del
año próximo pasado, en que solicitó que se convocase á
Junta á sus acreedores para que discutiesen proposiciones de
espera, como así se acordó, haciéndose las oportunas cita-
ciones, entre ellas, á la sociedad Sres. Lecaroz y Cª que figu-
raba en la relación con un crédito de diez y seis mil
pesos en cuenta corriente por liquidar, teniendo lugar el
veinte y ocho de Febrero la expresada Junta, en la cual
se aprobó la proposición presentada por el deudor consis-
tente en pagar "en diez años por décimas partes en cada mes
de Enero del año mil novecientos en adelante, sin intereses
de ningún género," sin que asistiesen á dicha Junta los Sres.
Lecaroz y Cª—Resultando: Que éstos después de celebrada
aquélla, presentaron escrito exponiendo que tenían su crédito
preventivamente anotado en el Registro de la Propiedad
y hacían uso del derecho que les otorga el artículo 1,917 del

Código Civil, absteniéndose, como se abstuvieron, de concurrir á la Junta por estar comprendido su crédito en el número 4º del artículo 1,923, solicitando del Juzgado por último "que les reconociese como acreedores que teniendo el derecho de abstención y habiéndolo usado debidamente, les corresponde el beneficio de excepción que señala el primero de los artículos citados, y por consiguiente que no están obligados á estar y pasar por los acuerdos de la Junta de acreedores, que no son obligatorios para ellos, por su carácter de acreedores privilegiados;" á cuyo escrito recayó providencia, reservando proveerlo cuando transcurriese el término que señala el artículo 1,149 de la Ley de Enjuiciamiento Civil.—Resultando : Que transcurrido el término sin formularse impugnación al convenio, dictó el referido Juzgado auto en veinte y tres de Marzo del año anterior por el cual "mandó llevar aquél á efecto declarando que deben estar y pasar por él los acreedores no excluídos, y así mismo que tal declaratoria no obliga á los Sres. Lecaroz y Cª en cuanto al convenio, porque éstos pertenecen á los excluídos en razón de tener crédito privilegiado por la anotación, que oportuna y anticipadamente obtuvieran del mismo en el Registro de la Propiedad, y la abstención de concurrir y votar en la Junta celebrada."—Resultando: Que de dicho auto pidió reposición y subsidiariamente estableció apelación Don Andrés A. Delgado, cuyo primer recurso se sustanció y el Juzgado en auto de trece de Abril del año próximo pasado declaró no haber lugar á la reposición interesada con las costas; admitiéndose la apelación libremente y en ambos efectos, cuyo recurso se tramitó ante la Sección 1ª de la suprimida Corte de Justicia que pronunció á su vez auto en vista de primero de Julio último confirmando el del Juzgado de veinte y tres de Marzo del año próximo pasado, con imposición de las costas al apelante.—Resultando: Que Don Andrés A. Delgado y Perdomo ha interpuesto recurso de casación como comprendido en el número 1º del artículo 1,690 de la Ley de En-

juiciamiento Civil, y citando como infringidos.—1? Los artículos 1,917, 1,923 párrafos 3? y 4? de este último, Código Civil.—2? Los artículos 593 y 1,148, Enjuiciamiento Civil.—3? Los artículos 1,137, 1,138 en sus tres apartados y 1,147 en todos sus apartados.—Doctrina legal infringida:— 1? No se comprenden en la categoría de las hipotecas las anotaciones preventivas.—2? Los Jueces y Tribunales no pueden negarse, de oficio, á la sustanciación y decisión de las cuestiones propuestas por las partes litigantes, sino en los casos expresamente dispuestos por la Ley; cuyo recurso fué impugnado en el acto de la vista por la representación y defensa de la sociedad Lecaroz y Cª—Visto: Siendo Ponente el Juez Asociado Don José Mª Figueras Chiqués.— Considerando: Que no basta citar en globo las leyes y doctrinas legales infringidas, cual se hace en los motivos del recurso, sino que es preciso expresar el concepto en que lo hayan sido, porque así lo dispone el artículo 1,718 de la Ley de Enjuiciamiento Civil, para que se conozca con toda claridad el problema que se plantea y pueda recaer resolución adecuada.—Fallamos: Que no ha lugar á resolver el recurso de casación interpuesto por Don Andrés Avelino Delgado y Perdomo, á quien se condena en las costas. Comuníquese al Tribunal de Distrito de San Juan, con certificación de esta sentencia y con devolución de los autos que se han remitido, á los efectos que sean procedentes.—Así por esta nuestra sentencia, que se publicará en la *Gaceta*, lo pronunciamos, mandamos y firmamos.

José S. Quiñones.—José Mª Figueras.—Juan Morera Martínez.—Juan Hernández López.—Manuel F. Rossy.

Publicación.—Leída y publicada fué la anterior sentencia por el Sr. Juez Asociado del Tribunal Supremo Don José Mª Figueras y Chiqués, Ponente en este recurso, celebrando audiencia pública dicho Tribunal en el día de hoy, de que como Secretario certifico, en Puerto Rico á treinta de Marzo de mil novecientos.—E. de J. López Gaztambide.